# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-1894
LT Case No. 2019-CA-001729

———————————————

OLGA FIGUEROA,

>   Appellant,

>   v.

OHRI, LLC,

>   Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Kimberly Kanoff Berman, of Marshall Dennehey Warner Coleman
& Goggin, Fort Lauderdale, and Andrea L. Diederich, of Marshall
Dennehey Warner Coleman & Goggin, Orlando, for Appellee.

January 16, 2024

PER CURIAM.

>   AFFIRMED.

EDWARDS, C.J., MAKAR, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____